JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathrine Renee Velasquez,<br><br>           Plaintiff,<br><br>      vs.<br><br>Kilolo Kijakazi, Acting<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. 1:23-cv-00367-SKO<br><br>ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>(Doc. 12) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from June 14, 2023 to August 14, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully

This is Plaintiff's second request for an extension of time. Plaintiff respectfully states

1

1    that the requested extension is necessary due to several merit briefs being due on the

2    same week.  For the weeks of June 12, 2023 and June 19, 2023, Counsel currently

3    has 22 merit briefs, and several letter briefs and reply briefs.   Counsel requires

4    additional time to brief the issues thoroughly for the Court's consideration.

5    Defendant does not oppose the requested extension.  Counsel apologizes to the

6    Defendant and Court for any inconvenience this may cause.

7

8

9                      Respectfully submitted,

10   Dated: May 24, 2023           PENA & BROMBERG, ATTORNEYS AT LAW

11

12                      By: */s/ Jonathan Omar Pena*

13                         JONATHAN OMAR PENA

14                         Attorneys for Plaintiff

15

16

17   Dated: May 24, 2023           PHILLIP A. TALBERT
                                  United States Attorney

18                         MATHEW W. PILE
                                  Associate General Counsel

19                         Office of Program Litigation

20                         Social Security Administration

21

22                      By:  */s/ Jamala Edwards*

23                         Jamala Edwards

24                         Special Assistant United States Attorney
                                  Attorneys for Defendant

25                         (*As authorized by email on May 24, 2023)

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to the parties' foregoing stipulation and unopposed motion for an extension of time (Doc. 12), IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including August 14, 2023, to file Plaintiff's Motion for Summary Judgment. The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **May 25, 2023**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE