**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| KATHRINE VELASQUEZ,<br>　　Plaintiff,<br>　　v.<br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br>　　Defendant. | CIVIL NO. 1:23-cv-00367-SKO<br><br>**ORDER RE: STIPULATION AND UNOPPOSED MOTION TO REMAND**<br><br>**(Doc. 19)** |

　　Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 19), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

　　The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated: __September 15, 2023__　　　　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE